# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, Barry | United States Bankruptcy Court | 5/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Roybal Federal Building
255 East Temple Street, Suite 1660
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | L.A. FBA Medal of Valor, Non-Profit |
| 2. | Director | Western Justice Center Foundation, Non-Profit |
| 3. | Director | Activity Source for Seniors, Inc., Non-Profit |
| 4. | Director | L.A. FBA Legal Eduction Foundation, Non-Profit |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Book Royalty, Thomson-West | $34,083.23 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 17-20, 2019 | Rancho Mirage, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 2. | George Mason University | October 6-8, 2019 | Denver, CO | Symposium on the Law and Economics of Marijuana Legalization | Meals, Hotel & Transportation |
| 3. | National Conference of Bankruptcy Judges | October 29-November 3, 2019 | Washington, D.C. | Bankruptcy Lectures | Meals, Hotel & Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 5/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Southland Civic Credit Union, Los Angeles CA | C | Interest | M | T | | | | | |
| 2. American Tax Credit Prop II, LTD. (see Part VIII) Partnership | | None | | | Closed | | | | |
| 3. Time Share - Palm Springs, CA (see Part VIII for addt'l information) | | | J | R | | | | | |
| 4. Vanguard | A | Interest | J | U | Open | 07/19/19 | J | | |
| 5. MSFT | A | Dividend | J | T | | | | | |
| 6. LUCENT | A | Dividend | J | T | | | | | |
| 7. CISCO | A | Dividend | J | T | | | | | |
| 8. AOL | A | Dividend | J | T | | | | | |
| 9. IBM | A | Dividend | J | T | | | | | |
| 10. YHOO | A | Dividend | J | T | | | | | |
| 11. ITEL | A | Dividend | J | T | | | | | |
| 12. E-TRADE | A | Dividend | J | T | | | | | |
| 13. VTSS | A | Dividend | J | T | | | | | |
| 14. MCI | A | Dividend | J | T | | | | | |
| 15. AMAT | A | Dividend | J | W | | | | | |
| 16. Charles Schwab & Co., Inc. (L&S Advisors) (See Part VIII) | A | Dividend | M | T | | | | | |
| 17. ADBE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMT | A | Dividend | J | T | Sold (part) | 03/13/19 | J | A | |
| 19. AMT | A | Dividend | J | T | Sold (part) | 04/02/19 | J | A | |
| 20. AMT | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 21. AMT | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 22. ALXN | A | Dividend | J | T | Buy (add'l) | 04/07/19 | J | | |
| 23. ALXN | A | Dividend | | | Sold (part) | 05/20/19 | J | A | |
| 24. ALXN | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 25. ALXN | A | Dividend | J | T | Sold (part) | 11/22/19 | J | A | |
| 26. ALXN | A | Dividend | | | Sold | 12/06/19 | J | A | |
| 27. TEAM | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 28. TEAM | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 29. TEAM | A | Dividend | | | Sold | 05/20/19 | J | A | |
| 30. BABA | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 31. BABA | A | Dividend | J | T | Buy (add'l) | 05/22/19 | J | | |
| 32. BABA | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 33. BABA | A | Dividend | | | Sold | 10/02/19 | J | A | |
| 34. AYX | A | Dividend | J | T | Buy | 06/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  AYX | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 36.  GOOGL | A | Dividend | J | T | | | | | |
| 37.  AMZN | A | Dividend | J | T | | | | | |
| 38.  ADSK | A | Dividend | | | Sold | 11/07/19 | J | A | |
| 39.  AAPL | A | Dividend | | | Sold | 08/01/19 | J | B | |
| 40.  BIDU | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 41.  BIDU | A | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 42.  BIDU | A | Dividend | | | Sold | 05/14/19 | J | A | |
| 43.  BHVN | A | Dividend | J | T | Buy<br>(add'l) | 10/02/19 | J | | |
| 44.  BHVN | A | Dividend | | | Sold | 12/05/19 | J | A | |
| 45.  BMRN | A | Dividend | J | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 46.  BMRN | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 47.  BLUE | A | Dividend | J | T | Sold<br>(part) | 08/13/19 | J | A | |
| 48.  BLUE | A | Dividend | J | T | Sold<br>(part) | 10/07/19 | J | A | |
| 49.  BLUE | A | Dividend | | | Sold | 11/07/19 | J | A | |
| 50.  AVGO | A | Dividend | J | T | Sold<br>(part) | 02/04/19 | J | A | |
| 51.  AVGO | A | Dividend | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. CGC | A | Dividend | | | Sold | 07/22/19 | J | A | |
| 53. CME | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 54. CME | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | A | |
| 55. CME | A | Dividend | | | Sold | 11/20/19 | J | A | |
| 56. CXO | A | Dividend | J | T | Buy<br>(add'l) | 03/12/19 | J | | |
| 57. CXO | A | Dividend | J | T | Sold<br>(part) | 04/24/19 | J | A | |
| 58. CXO | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 59. DXCM | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 60. DXCM | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 61. DXCM | A | Dividend | J | T | Buy<br>(add'l) | 04/10/19 | J | | |
| 62. DXCM | A | Dividend | | | Sold | 05/17/19 | J | A | |
| 63. EQIX | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 64. EQIX | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 65. FB | A | Dividend | J | T | | | | | |
| 66. FIVE | A | Dividend | J | T | Buy | 04/12/19 | J | | |
| 67. FIVE | A | Dividend | J | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 68. FIVE | A | Dividend | J | T | Sold<br>(part) | 06/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   FIVE | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 70.   FIVE | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 71.   FIVE | A | Dividend | J | T | Sold<br>(part) | 11/22/19 | J | A | |
| 72.   FIVE | A | Dividend | J | T | Buy<br>(add'l) | 12/05/19 | J | | |
| 73.   FIVE | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 74.   FTNT | A | Dividend | J | T | Sold<br>(part) | 01/04/19 | J | A | |
| 75.   FTNT | A | Dividend | | | Sold | 05/19/19 | J | A | |
| 76.   GH | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 77.   GH | A | Dividend | J | T | Buy<br>(add'l) | 08/30/19 | J | | |
| 78.   GH | A | Dividend | J | T | Sold | 09/11/19 | J | A | |
| 79.   HD | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 80.   HD | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 81.   HD | A | Dividend | J | T | Sold<br>(part) | 11/05/19 | J | A | |
| 82.   HD | A | Dividend | | | Sold | 12/12/19 | J | B | |
| 83.   ILMN | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 84.   ILMN | A | Dividend | J | T | Buy<br>(add'l) | 06/18/19 | J | | |
| 85.   ILMN | A | Dividend | | | Sold | 07/12/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  INTU | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 87.  INTU | A | Dividend | | | Sold | 11/27/19 | J | A | |
| 88.  LPI | A | Dividend | | | Sold | 01/14/19 | J | A | |
| 89.  LYFT | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 90.  LYFT | A | Dividend | J | T | Sold<br>(part) | 04/15/19 | J | A | |
| 91.  LYFT | A | Dividend | J | T | Buy<br>(add'l) | 04/27/19 | J | | |
| 92.  LYFT | A | Dividend | J | T | Buy<br>(add'l) | 05/14/19 | J | | |
| 93.  LYFT | A | Dividend | J | T | Sold<br>(part) | 05/22/19 | J | A | |
| 94.  LYFT | A | Dividend | J | T | Sold<br>(part) | 05/30/19 | J | A | |
| 95.  LYFT | A | Dividend | J | T | Sold<br>(part) | 06/18/19 | J | A | |
| 96.  LYFT | A | Dividend | | | Sold | 07/30/19 | J | A | |
| 97.  MELI | A | Dividend | J | T | Sold<br>(part) | 02/27/19 | J | A | |
| 98.  MELI | A | Dividend | | | Sold | 03/22/19 | J | A | |
| 99.  MSFT | A | Dividend | J | T | Sold<br>(part) | 05/20/19 | J | A | |
| 100.  MSFT | A | Dividend | J | T | Sold<br>(part) | 11/07/19 | J | A | |
| 101.  NTES | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 102.  NTES | A | Dividend | | | Sold | 09/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NEE | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 104. NEE | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 105. NFLX | A | Dividend | J | T | Sold (part) | 05/09/19 | J | A | |
| 106. NFLX | A | Dividend | | | Sold | 09/19/19 | J | A | |
| 107. NVDA | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 108. ORLY | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 109. PANW | A | Dividend | J | T | Sold (part) | 02/27/19 | J | A | |
| 110. PANW | A | Dividend | J | T | Buy (add'l) | 05/30/19 | J | | |
| 111. PANW | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 112. PANW | A | Dividend | J | T | Sold (part) | 07/22/19 | J | A | |
| 113. PANW | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 114. PDD | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 115. PDD | A | Dividend | | | Sold | 10/24/19 | J | A | |
| 116. POST | A | Dividend | J | T | Buy | 05/17/19 | J | | |
| 117. POST | A | Dividend | J | T | Sold (part) | 06/13/19 | J | A | |
| 118. POST | A | Dividend | J | T | Sold (part) | 06/18/19 | J | A | |
| 119. POST | A | Dividend | | | Sold | 06/20/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PXD | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 121. PXD | A | Dividend | J | T | Buy (add'l) | 05/02/19 | J | | |
| 122. PXD | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 123. PXD | A | Dividend | J | T | Sold (part) | 05/20/19 | J | A | |
| 124. PXD | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 125. PXD | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 126. PYPL | A | Dividend | | | Sold | 10/02/19 | J | B | |
| 127. OLED | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 128. OLED | A | Dividend | | | Sold | 12/11/19 | J | A | |
| 129. RNR | A | Dividend | J | T | Buy | 05/17/19 | J | | |
| 130. RNR | A | Dividend | J | T | Sold (part) | 08/20/19 | J | A | |
| 131. RNR | A | Dividend | | | Sold | 08/26/19 | J | A | |
| 132. CRM | A | Dividend | | | Sold | 05/20/19 | J | A | |
| 133. SAGE | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 134. SAGE | A | Dividend | J | T | Sold (part) | 01/07/19 | J | A | |
| 135. SAGE | A | Dividend | J | T | Buy (add'l) | 03/04/19 | J | | |
| 136. SAGE | A | Dividend | | | Sold | 12/05/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  SFPT | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 138.  SFPT | A | Dividend | J | T | Buy (add'l) | 10/02/19 | J | | |
| 139.  SFPT | A | Dividend | J | T | Sold (part) | 11/22/19 | J | A | |
| 140.  SFPT | A | Dividend | | | Sold | 12/06/19 | J | A | |
| 141.  SNPS | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 142.  SNPS | A | Dividend | J | T | Buy (add'l) | 07/10/19 | J | | |
| 143.  SNPS | A | Dividend | J | T | Sold (part) | 07/22/19 | J | A | |
| 144.  SNPS | A | Dividend | J | T | Buy (add'l) | 11/01/19 | J | | |
| 145.  SNPS | A | Dividend | | | Sold | 11/20/19 | J | A | |
| 146.  NOW | A | Dividend | J | T | Sold (part) | 05/20/19 | J | A | |
| 147.  SPLK | A | Dividend | J | T | Sold (part) | 02/04/19 | J | A | |
| 148.  SPLK | A | Dividend | J | T | Sold (part) | 06/18/19 | J | A | |
| 149.  SPLK | A | Dividend | J | T | Buy (add'l) | 09/17/19 | J | | |
| 150.  SPLK | A | Dividend | J | T | Sold (part) | 12/06/19 | J | A | |
| 151.  SPLK | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 152.  SHOP | A | Dividend | J | T | Sold (part) | 03/11/19 | J | A | |
| 153.  SHOP | A | Dividend | J | T | Sold (part) | 05/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SHOP | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 155. SQ | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 156. TDOC | A | Dividend | J | T | Sold (part) | 02/20/19 | J | A | |
| 157. TDOC | A | Dividend | J | T | Sold (part) | 03/28/19 | J | A | |
| 158. TDOC | A | Dividend | J | T | Buy (add'l) | 07/22/19 | J | | |
| 159. TDOC | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 160. TLRY | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 161. TLRY | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 162. TLRY | A | Dividend | | | Sold | 03/29/19 | J | A | |
| 163. TCEHY | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 164. TCEHY | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 165. TCEHY | A | Dividend | J | T | Sold (part) | 06/13/19 | J | A | |
| 166. TCEHY | A | Dividend | J | T | Buy (add'l) | 09/04/19 | J | | |
| 167. TCEHY | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 168. TMO | A | Dividend | J | T | | | | | |
| 169. TWLO | A | Dividend | J | T | Buy | 11/01/19 | J | | |
| 170. TWLO | A | Dividend | | | Sold | 12/18/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. UBER | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 172. UBER | A | Dividend | J | T | Buy (add'l) | 08/08/19 | J | | |
| 173. UBER | A | Dividend | J | T | Sold (part) | 08/26/19 | J | A | |
| 174. UBER | A | Dividend | | | Sold | 09/12/19 | J | A | |
| 175. ULTA | A | Dividend | J | T | Buy (add'l) | 05/21/19 | J | | |
| 176. ULTA | A | Dividend | | | Sold | 08/30/19 | J | A | |
| 177. UNH | A | Dividend | J | T | Sold (part) | 04/12/19 | J | B | |
| 178. V | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 179. V | A | Dividend | J | T | Sold (part) | 04/24/19 | J | B | |
| 180. V | A | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 181. VEEV | A | Dividend | J | T | Buy | 07/10/19 | J | | |
| 182. VEEV | A | Dividend | J | T | Buy (add'l) | 08/26/19 | J | | |
| 183. VEEV | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 184. VEEV | A | Dividend | J | T | Sold (part) | 11/22/19 | J | A | |
| 185. VEEV | A | Dividend | J | T | Sold (part) | 12/10/19 | J | A | |
| 186. VEEV | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 187. VHC | A | Dividend | J | T | Buy | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  VHC | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 189.  VKTS | A | Dividend | J | T | | | | | |
| 190.  VRSK | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 191.  VRSK | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 192.  WB | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 193.  WB | A | Dividend | J | T | Sold<br>(part) | 03/13/19 | J | A | |
| 194.  WB | A | Dividend | | | Sold | 03/22/19 | J | A | |
| 195.  WIX | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 196.  WIX | A | Dividend | | | Sold | 05/17/19 | J | B | |
| 197.  WORK | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 198.  WORK | A | Dividend | | | Sold | 07/10/19 | J | A | |
| 199.  XLNX | A | Dividend | J | T | Sold<br>(part) | 01/24/19 | J | A | |
| 200.  XLNX | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | A | |
| 201.  XLNX | A | Dividend | | | Sold | 05/17/19 | J | A | |
| 202.  XPO | A | Dividend | | | Sold<br>(part) | 02/15/19 | J | A | |
| 203.  XPO | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 204.  XPO | A | Dividend | J | T | Sold<br>(part) | 05/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. XPO | A | Dividend | J | T | Sold (part) | 05/28/19 | J | A | |
| 206. XPO | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 207. XPO | A | Dividend | J | T | Sold (part) | 08/08/19 | J | A | |
| 208. XPO | A | Dividend | J | T | Sold (part) | 08/15/19 | J | A | |
| 209. XPO | A | Dividend | J | T | Sold (part) | 11/05/19 | J | A | |
| 210. XPO | A | Dividend | J | T | Buy (add'l) | 11/07/19 | J | | |
| 211. XPO | A | Dividend | | | Sold | 11/27/19 | J | A | |
| 212. ZEN | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 213. ZOOM | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 214. ZOOM | A | Dividend | | | Sold | 09/06/19 | J | A | |
| 215. ZTS | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 216. ZTS | A | Dividend | | | Sold | 05/20/19 | J | A | |
| 217. Stifel, Nicolaus & Company TOD Account - see Part VIII for addt'l info. | C | Int./Div. | M | T | | | | | |
| 218. FB | A | Dividend | K | T | | | | | |
| 219. ANAHEIM CA CMNTY DIST SPL TAX 08 1 PLATINUM | A | Interest | J | T | | | | | |
| 220. FRESNO CA PENSION OBLIGS NPFG B/ E TXBL REV | A | Interest | J | T | | | | | |
| 221. HEMET CA USD RFDG 2012 ELECT SER A | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. GROSSMONT CA UN HIGH SCH DIST RFDG | A | Dividend | | | Sold | 03/06/19 | J | A | |
| 223. CALIFORNIA ST PUB WKS BRD LSE REV DEPT CORR & REHAB SER H B/E | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 224. DAVIS CA SPL TAX CMNTY FACS DIST 2015 1 REV B/E | A | Interest | J | T | | | | | |
| 225. NORWALK CA REDEV AGY TAX ALLOC REV RFDG | A | Interest | J | T | | | | | |
| 226. CALIFORNIA ST RFDG VARIOUS PURP B/E PTC | A | Interest | J | T | | | | | |
| 227. INDEPENDENT CITIES CA FIN MOBILE HM REV RFDG | A | Interest | J | T | | | | | |
| 228. FOLSOM CORDOVA CA UNI SCH DIST SCH FACS IMPT DIST 4 B B/E OID | A | Interest | J | T | | | | | |
| 229. FEDL NATL MTG ASSN REMIC SER 1994-61 CL E | A | Dividend | J | T | Sold<br>(part) | 12/25/19 | J | A | |
| 230. VALERO ENERGY PARTNERS SR NOTE | A | Dividend | | | Sold | 08/16/19 | J | A | |
| 231. AB HIGH INCOME | A | Dividend | | | Sold | 12/2/19 | J | A | |
| 232. OPPENHEIMER STEELPATH MLP INCOME | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 233. SMART TRUST CA MUN 6 | A | Dividend | | | Sold | 03/12/19 | J | A | |
| 234. GUGGENHEIM FLTG RATE & DIV GRWTH 14 | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 235. SMART TRUST CEFA SELECT BDC 10 | A | Dividend | | | Sold | 06/12/19 | J | A | |
| 236. SMART TRUST TECHNOLOGY REVOLUTION 1 MO RE | A | Dividend | J | T | | | | | |
| 237. FIRST TRUST EQUITY INCOME 61 MO RE | A | Dividend | J | T | Buy<br>(add'l) | 12/26/19 | J | | |
| 238. CALIFORNIA HLTH FACS FING AUTH RFDG SUTTER HEALTH | A | Interest | J | T | Buy | 08/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 5/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  SAN BERNARDINO CNTY CA SPL TAX CMNTY FACS DIST 2006 | A | Interest | J | T | Buy | 03/06/19 | J | | |
| 240.  HOLLISTER CA SCH DIST ELECT 2014 SER | A | Interest | J | T | Buy | 01/10/19 | J | | |
| 241.  FEDL NATL MTG ASSN REMI SER 1994-61 | A | Interest | J | T | Buy | 06/05/19 | J | | |
| 242.  American Century Investments - Growth Fund | A | Dividend | J | U | Buy | 08/07/18 | J | | |
| 243.  American Century Investments - Heritage Fund | A | Dividend | J | U | Buy | 08/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, No. 2. American Tax Credit Prop. II, LTD. To my knowledge, the limited partnership dissolved at some point during 2018. The exact date is unknown to me. There were no transactions during 2018 or distributions upon dissolution of the partnership.

Part VII, No. 3. Time Share - Palm Springs, CA: Purchased in December 13, 1996. Purchase price: $7,990.00

Part VII, No. 4 Vanguard - Purchased July 17, 2019.  Purchase price:  $10,000

Part VII, No. 16.  Stocks listed in nos. 17-216 in Part VII are part of the L&S Advisors (Charles Schwab) account

Part VII, No. 217.  Stocks listed in nos. 218-241 in Part VII are held in a Stifel Nicolas Brokerage Firm Account

Part VII, Lines 242-243:  Stocks not previously reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544